NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
JOANNA M. CURTIS (Cal. Bar No. 203151)
Assistant United States Attorney
Violent and Organized Crime Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0298
    Facsimile: (213) 894-3713
    E-mail:    joanna.curtis@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN RE: SEARCH WARRANT | No. 2:18-mj-2078 |
|---|---|
| | [~~PROPOSED~~] ORDER SEALING DOCUMENTS |
| | **(UNDER SEAL)** |

    For good cause shown, IT IS HEREBY ORDERED that the search warrant and all attachments thereto, the application for the search warrant and all attachments thereto, as well as the <u>ex parte</u> application for order sealing documents, the memorandum of points and authorities, the declaration of Joanna Curtis, and this Court's sealing order, and all documents subsequently filed under this same case number until such time as a unsealing order is issued, shall be kept under seal until further order of the Court, or until the government determines that these materials are subject to its discovery obligations in connection with criminal proceedings, at which time they may be produced to defense counsel. The executing

//

//

agents or officers are permitted to provide a copy of the search warrant as required by Federal Rule of Criminal Procedure 41(f).

```
_____          _____
 DATE                                 HONORABLE CHARLES F. EICK
                                      UNITED STATES MAGISTRATE JUDGE
```

    IN CASE OF DENIAL:

    The government's application for an order sealing documents is DENIED.  The underlying documents and the sealing application shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

    IT IS SO ORDERED.

```
     8/9/18                              /S/ CHARLES F. EICK
_____          _____
 DATE                                 HONORABLE CHARLES F. EICK
                                      UNITED STATES MAGISTRATE JUDGE
```

Presented by:

    /s/Joanna Curtis
_____
 Joanna Curtis
 Assistant United States Attorney

2